# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COMMWORKS SOLUTIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00158-JRG (LEAD CASE) |
| CABLE ONE, INC. d/b/a SPARKLIGHT, | § § § | |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., CONSOLIDATED COMMUNICATION ENTERPRISE SERVICES, INC., | § § § § § § § | CIVIL ACTION NO. 2:20-CV-00159-JRG (MEMBER CASE) |
| *Defendants*. | § | |

## **ORDER**

Before the Court is the Joint Motion to Dismiss With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Motion"). (Dkt. No. 34). In the same, Plaintiff CommWorks Solutions, LLC and Defendants Consolidated Communications Holdings, Inc., and Consolidated Communications Enterprise Services, Inc. (collectively, the "-159 parties") move to dismiss all asserted claims in Member Case 2:20-cv-159-JRG with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the Motion, the Court is of the opinion that the same should be and hereby is **GRANTED.**

Accordingly, it is **ORDERED** that all claims asserted in Member Case 2:20-cv-159-JRG are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own attorneys' fees, costs, and expenses.

The Clerk is directed to **CLOSE** Member Case 2:20-cv-159-JRG. This Order does not affect Lead Case 2:20-cv-158-JRG.

**So ORDERED and SIGNED this 9th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE